IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nathan Nygren, et al., | NO. C 07-05793 JW |
| _____/ | NO. C 09-00295 JW |
| Katherine Decker, | **ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES** |
| Plaintiffs, | |
| v. | |
| Hewlett-Packard Company | |
| Defendant. | |
| _____/ | |

Presently before the Court is Plaintiff Decker's Administrative Motion to Consider Whether Cases Should Be Related. (Docket Item No. 76 in No. C 07-05793 JW.) Plaintiff Decker seeks to relate her case, <u>Decker v. Hewlett-Packard Co.</u>, No. C 09-00295 JW, to another case currently before the Court, <u>Nygren v. Hewlett-Packard Co.</u>, No. C 07-05793 JW. Although there may overlapping issues between the two cases, the Court declines to relate them at this time. This is because the Court's ordinary practice is to only relate cases in circumstances where similar cases are pending before different judges, so as to have a single judge adjudicate related issues. Since both <u>Decker</u> and <u>Nygren</u> are before this Court, there is no need to relate them under Civil Local Rule 3-12.

1  In addition, the Nygren case has been pending before the Court since 2007 and has survived
2 two rounds of motions to dismiss.  Thus, the Court is not inclined to relate these cases at this time
3 due to the different procedural posture that each case is in.  Should the parties in these actions
4 believe consolidation is appropriate, the parties may make the appropriate motion.
5  Accordingly, the Court DENIES Plaintiff Decker's Motion to Relate.

7 Dated:  June 5, 2009

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan M. Mansfield alan@clgca.com
Daniel Emmett McGuire dmcguire@morganlewis.com
Gina M. Tufaro gtufaro@hhplawny.com
Howard Holderness hholderness@morganlewis.com
Ira P. Rothken ndca@techfirm.com
James C. Sturdevant jsturdevant@sturdevantlaw.com
Jeff S. Westerman jwesterman@milberg.com
Joe R. Whatley jwhatley@wdklaw.com
John Allen Lowther john@doylelowther.com
Jonathan Shub jshub@seegerweiss.com
Joshua Daniel Watts jwatts@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Meredith Ann Galto mgalto@morganlewis.com
Monique Olivier molivier@sturdevantlaw.com
Nicholas Koluncich nkoluncich@newmexicoclassactions.com
Paul O. Paradis pparadis@hhplawny.com
Paul R. Kiesel Kiesel@kbla.com
Ralph M. Stone rstone@lawssb.com
Robert A. Particelli rparticelli@morganlewis.com
Robert P. Varian rvarian@orrick.com
Thomas G Ciarlone tciarlone@lawssb.com
Whitney Huston whuston@sturdevantlaw.com

**Dated: June 5, 2009**                                    **Richard W. Wieking, Clerk**


**By:     /s/ JW Chambers                **
            **Elizabeth Garcia**
            **Courtroom Deputy**