| | |
|---|---|
| 1 | |
| 2 | JAMES C. STURDEVANT (SBN 94551) <br> (jsturdevant@sturdevantlaw.com) <br> MONIQUE OLIVIER (SBN 190385) <br> (molivier@sturdevantlaw.com) <br> WHITNEY HUSTON (SBN 234863) <br> (whuston@sturdevantlaw.com) <br> THE STURDEVANT LAW FIRM <br> A Professional Corporation <br> 354 Pine Street, Fourth Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 477-2410 <br> Facsimile: (415) 477-2420 |

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

JOHN CRONGEYER (*Pro Hac Vice*)
(jcrongeyer@vclawfirm.com)
CRONGEYER LAW FIRM, P.C.
270 15th St. NE, Suite 303
Atlanta, GA 30309
Telephone: (404) 542-6205
Facsimile: (404) 872-3745

Attorneys for Plaintiffs

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KATHERINE E. DECKER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>          Defendant. | Case No. 09-00295 (JW)<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER EXTENDING DISCOVERY AND BRIEFING DEADLINES**<br><br>Action filed:    January 22, 2009 |

Through this Stipulated Request and [Proposed] Order, Plaintiff Katherine E. Decker ("Plaintiff") and Defendant Hewlett Packard Company ("HP") stipulate and agree to extend the discovery and briefing deadlines as set forth below, and jointly seek that the Court approve this extension pursuant to L.R. 6-2.

WHEREAS, on May 8, 2009, the parties filed a Joint Case Management Statement and Rule 26(f) Report (Dkt. No. 20);

WHEREAS, on May 14, 2009, the Court entered an Order (Dkt. No. 23) setting certain dates regarding discovery and class certification as follows:

**Case Schedule**

| | |
|---|---|
| **Close of Briefing on Anticipated Motion for Class Certification** | November 16, 2009 |
| **Hearing on Anticipated Motion for Class Certification** | December 7, 2009 at 9 a.m. |
| **Close of All Discovery** | July 12, 2010 |
| **Last Date for Hearing Dispositive Motions** *(=60 days after the Close of All Discovery)* | September 13, 2010 |
| **Preliminary Pretrial Conference** *(=30 days before the Close of All Discovery)* | June 14, 2010 |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before Conference)* | June 4, 1010 |

WHEREAS, the parties are negotiating in good faith to finalize a Stipulated Protective Order governing the production of sensitive confidential and highly confidential information in this matter;

WHEREAS, the parties have exchanged Initial Disclosures, but formal discovery regarding Plaintiff's anticipated motion for class certification has not been completed;

WHEREAS, the parties each require additional discovery prior to briefing the issues of class certification;

WHEREAS, the parties have neither agreed to nor sought a prior extension of time on the discovery and/or briefing deadlines;

ACCORDINGLY, pursuant to Civil Local Rules 6-2 and 7-12, the parties hereby stipulate to, and request the Court's approval of, the following extended discovery and briefing schedule:

**Case Schedule**

| | |
|---|---|
| **Close of Briefing on Anticipated Motion for Class Certification** | May 24, 2010 |
| **Deadline for Class Certification motion to be filed** | March 22, 2010 |
| **HP's Opposition to Class Certification due** | May 3, 2010 |
| **Decker's Reply in Support of Class Certification due** | May 24, 2010 |
| **Hearing on Anticipated Motion for Class Certification** | June 14, 2010 at 9 a.m. |
| **Close of All Discovery** | December 20, 2010 |
| **Last Date for Hearing Dispositive Motions** *(=60 days after the Close of All Discovery)* | February 14, 2011 at 9 a.m. |
| **Preliminary Pretrial Conference** *(=30 days before the Close of All Discovery)* | November 15, 2010 at 11 a.m. |
| **Preliminary Pretrial Conference Statements** *(Due 10 days before Conference)* | November 5, 2010 |

Dated: October 27, 2009                THE STURDEVANT LAW FIRM
                                       A Professional Corporation

                                         /s/ *Monique Olivier*
                                       MONIQUE OLIVIER, ESQUIRE


Dated: October 27, 2009                THE CRONGEYER LAW FIRM
                                       A Professional Corporation

                                         /s/ *John W. Crongeyer*
                                       JOHN W. CRONGEYER, ESQUIRE

                                       Attorneys for Plaintiff
                                       KATHERINE E. DECKER

1  Dated:  October 27, 2009                    MORGAN, LEWIS & BOCKIUS LLP
2                                              One Market, Spear Street Tower
                                               San Francisco, CA 94105
3                                              Telephone: 415.442.1000
                                               Facsimile: 415.442.1001
4
5                                              1701 Market Street
                                               Philadelphia, PA 19103
6                                              Telephone: 215.963.5000
                                               Facsimile: 215.963.5001
7
                                                /s/ *Kristofor T. Henning*
8                                              KRISTOFOR T. HENNING, ESQUIRE

9                                              Attorneys for Defendant
10                                             HEWLETT-PACKARD COMPANY

### ATTESTATION UNDER GENERAL ORDER 45

    I, Monique Olivier, am the ECF User whose ID and password are being used to file this document.  Pursuant to General Order 45, I hereby attest that Kristofor T. Henning and John W. Crongeyer have concurred in this filing and that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document..

                                                /s/ *Monique Olivier*
                                               MONIQUE OLIVIER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated: October 29, 2009                        _____
                                               JAMES WARE
                                               UNITED STATES DISTRICT JUDGE

---

Case No. 09-00295 (JW) – STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY AND       4
BRIEFING DEADLINES