| | |
|---|---|
| 1 | KRISTOFOR T. HENNING (*Pro Hac Vice*) |
| 2 | FRANCO A. CORRADO (*Pro Hac Vice*)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 1701 Market Street<br>Philadelphia, PA 19103 |
| 4 | Telephone: 215.963.5000<br>Facsimile: 215.963.5001 |
| 5 | E-mail: khenning@morganlewis.com<br>E-mail: fcorrado@morganlewis.com |

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE E. DECKER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>       Defendant. | Case No. 09-00295 (JW)<br><br>**DEFENDANT HEWLETT-PACKARD COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY AND BRIEFING DEADLINES**<br><br>Place:     Courtroom 2, 5th Floor<br>Judge:     Honorable James Ware<br><br>Complaint Filed:     January 22, 2009 |

Defendant Hewlett-Packard Company ("HP") respectfully submits this response to Plaintiff Katherine E. Decker's ("Plaintiff's") August 20, 2010 Motion to Extend Discovery and Briefing Deadlines ("Motion").

HP takes no position on Plaintiff's Motion. Still, it is necessary for HP to submit the instant response to provide clarification to parts of Plaintiff's Motion. Plaintiff contends more time is needed to complete discovery because, *inter alia*, HP "first produced documents" on July 16, 2010, which Plaintiff claims were received on July 20, 2010. Motion at 2. Conspicuously absent from Plaintiff's Motion is any acknowledgement that Plaintiff did not propound any request for production of documents under Rule 34 *until June 10, 2010*. *See* Declaration of Franco A. Corrado in Support of HP's Response to Plaintiff's Motion to Extend Discovery and Briefing Deadlines at ¶ 3. In other words, HP timely produced documents in response to

Case No. 09-00295 (JW)

HEWLETT-PACKARD COMPANY'S RESPONSE
TO PLAINTIFF'S MOTION TO EXTEND
DISCOVERY AND BRIEFING DEADLINES

1 | Plaintiff's request for production within 36 days after Plaintiff's requests were served. Any
2 | blame for alleged delay in moving this case forward falls squarely on Plaintiff, not HP.

3 | Dated: August 23, 2010    MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Kristofor T. Henning
Kristofor T. Henning

Attorneys for HEWLETT-PACKARD COMPANY

## PROOF OF SERVICE

I, Franco A. Corrado, hereby certify that on August 23, 2010, I caused the foregoing document titled **Hewlett-Packard Company's Response to Plaintiff's Motion to Extend Discovery and Briefing Deadlines**, to be served upon the persons named below in the manner specified:

### By ECF:

James C. Sturdevant, Esquire
Monique Olivier, Esquire
Whitney Huston, Esquire
THE STURDEVANT LAW FIRM
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone:  415-477-2410
Facsimile:  415-477-2420

John Crongeyer, Esquire
CRONGEYER LAW FIRM, P.C.
270 15th St. NE, Suite 303
Atlanta, GA 30309
Telephone: 404-542-6205
Facsimile: 404-872-3745

Attorneys for Plaintiff Katherine E. Decker

Dated:  August 23, 2010                        By:   /s/ Franco A. Corrado
                                                          Franco A. Corrado

Case No. 09-00295 (JW)              3           HEWLETT-PACKARD COMPANY'S RESPONSE
                                                TO PLAINTIFF'S MOTION TO EXTEND
                                                DISCOVERY AND BRIEFING DEADLINES